No. 92–7646. WHITSON *v.* ST. LOUIS CHILDREN'S HOSPITAL. C. A. 8th Cir. Certiorari denied.

No. 92–7648. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7650. OWENS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 92–7652. MCINTOSH *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–7654. RODRIGUEZ MENDOZA *v.* LYNAUGH, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7655. MCDONALD *v.* MARSHAW ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7659. GORBEY *v.* FULCOMER, DEPUTY COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–7663. CLEMENT *v.* FLORIDA DEPARTMENT OF PROFESSIONAL REGULATION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–7664. MUNIYR *v.* AIKEN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–7667. HOWELL *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 92–7669. JENKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–7672. PAYNE *v.* NAGLE, ATTORNEY GENERAL OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 92–7674. VICKSON *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.